JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA M., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br>Acting Commissioner of Social Security, <br><br> Defendant.[1] | Case No.  5:20-cv-00092-PD <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion and Order filed herewith, IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED:  September 03, 2021

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.  Kilolo Kijakazi, the Acting Commissioner of the Social Security Administration, is hereby substituted in as the Defendant pursuant to Rule 25(d).